| | | **Effective Date** July 1, 2016 | **Number** 420.1 |
|---|---|---|---|
| | **Operating Procedure** | **Amended** 9/1/16, 10/31/16, 5/9/17, 12/1/18 | **Operating Level** Department |
| | | **Supersedes** Operating Procedure 420.1 (7/1/13) | |
| | | **Authority** COV §19.2-81.2, §53.1-10, §53.1-29 | |

| **Subject** USE OF FORCE | **ACA/PREA Standards** 4-4090, 4-4091, 4-4092, 4-4199, 4-4202, 4-4203, 4-4204, 4-4206; 4-ACRS-2A-10, 4-ACRS-2B-01, 4-ACRS-2B-02, 4-ACRS-2B- 03; 1-CTA-3A-20 |
|---|---|

| **Incarcerated Offender Access** Yes ☐   No ☒ | **Public Access**   Yes ☒   No ☐ **Attachments**   Yes ☒ #8   No ☐ | **Office of Primary Responsibility** Security Operations Manager |
|---|---|---|

**Portions of this operating procedure are excluded from public disclosure under the Virginia Freedom of Information Act and have been redacted in accordance with COV §2.2-3704.01.**

I. PURPOSE

This operating procedure provides guidance in the use of force by Department of Corrections facility employees in the performance of their duties.

II. COMPLIANCE

This operating procedure applies to all units operated by the Department of Corrections (DOC). Practices and procedures shall comply with applicable State and Federal laws and regulations, Board of Corrections policies and regulations, ACA standards, PREA standards, and DOC directives and operating procedures.

III. DEFINITIONS

**Audible Warning** - A blown whistle, shout, or firing a warning shot

**Department of Criminal Justice Services (DCJS)** - The agency with statutory authority to establish compulsory minimum entry-level, in-service, and advanced training standards for Corrections Officers, and time limits for completion of such training; qualifications for certification of criminal justice instructors, and standards for criminal justice training centers

**Distraction Devices** - A low explosive device emitting a bright flash and a loud sound to temporarily divert the attention of subjects in the immediate area

**Electronic Control Devices** - Electronic devices such as belts and shields that use an electric current to temporarily disable a subject

**Excessive Force** - That amount of force that is beyond what is reasonably required to prevent harm or to control a particular situation or that is not justified by the circumstances.

**Impact Munitions** - Any DOC authorized ammunition designed to create an impact with the body, rather than penetrate.

**Impact Weapons** - Any DOC authorized weapon such as batons designed to create an impact with the body, rather than to penetrate.

**Less Lethal Force** - Any use of a weapon or other device/technique which when used according to the manufacture's design and recommendations and in accord with the employee's training is intended to produce no injury or only "less than serious injuries".

**Lethal Force** - Any use of force that is likely to cause serious bodily harm or death.

**Shelf Life** - The length of time chemical agents and munitions are considered effective for operational use; the shelf life of DOC authorized chemical agents and munitions is determined from the manufacturer's specification sheet.

**Specialty Weapons** - Authorized DOC weapons with which all security staff are not required to qualify, or that may be authorized for use only by a special purpose unit or specially trained staff.

EXHIBIT 2

**Standardized Firearms** - The primary DOC firearms with which all security staff must qualify to maintain certification

**Use of Force Continuum** - Range of force an Officer should attempt prior to the use of lethal force; disengagement or retreat, verbal diffusing skills, audible warning, DOC authorized chemical agents, self-defense tactics, and use of a DOC authorized and issued firearm as a last resort

**Warning Shot** - The discharge of an authorized firearm to provide an audible warning to an offender (or offenders) escaping, attacking an individual, in a riotous situation, or in any other situation that threatens the security of the facility; the warning shot is to be discharged in a safe manner so as to not risk injury to the offender involved, to anyone else, or to property.

IV.  USE OF FORCE

A.  General

1.  Employees have a responsibility, consistent with their self-protection, to protect offenders, other employees, and members of the community who are threatened by the actions of any incarcerated offender.  Facility employees are also required to prevent escapes, maintain order and control within the facility, and protect state property.

2.  Employees may use all necessary and suitable means to perform these duties, including the use of physical force.  Such force may also be used in accordance with this operating procedure to control private citizens, parolees, and probationers who are on DOC property.

3.  Incidental contact that cannot reasonably be predicted to present a risk of injury (for example, guiding an offender in an intended direction by placing a hand on elbow or shoulder) is not considered use of force.

4.  The use of force is restricted to instances of justifiable self-defense, protection of others, protection of property, prevention of escapes, and to maintain or regain control, and then only as a last resort and in accordance with appropriate statutory authority. (4-4206)

5.  The wearing of specified protective gear and adherence to sanitation procedures is required in all planned use of force incidents to prevent injury or the transmission of disease.

6.  Force shall not be used for vindictive or retaliatory purposes.  The use of force is never justifiable as punishment.  (4-4206; 1-CTA-3A-20)

7.  Non-security employees do not receive specific training in management and control of disruptive offenders, and it is not expected that they will be called upon to use physical force in the normal course of their duties.  However, all employees have a responsibility, consistent with their self-protection, to come to the aid of another employee or an offender who is in danger.  The best way a non-custodial employee may assist is as follows:

    a.  An immediate call for assistance through use of a body alarm, radio, telephone, or any other available means

    b.  Verbal commands to the offender to cease and disperse

    c.  Identification of person or persons involved

    d.  If death or serious injury is imminent, the employee should provide physical assistance to the extent possible, consistent with their own safety.

8.  Offenders and employees who are involved in a use of force incident shall be given immediate medical examinations and appropriate treatment, as determined by medical staff. (4-4203, 4-ACRS-2B-02)  All such examinations, findings, and treatment will be properly documented.

9.  Whenever physical force is used or when an offender alleges force has been used, the incident shall be reported to the Facility Unit Head for appropriate review and investigation. (4-ACRS-2B-03)

B.  Recording and Reporting

1.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] [Information redacted pursuant [Information redacted pursuant to Code of

(a) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(b) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(c) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(a) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(b) [Information

rmat

ion

(c) [Information

matio

(d) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

iv. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

a. [Information redacted pursuant to Code of Virginia

b. [Information redacted pursuant to Code of

c. [Information redacted pursuant

d. [Information redacted pursuant to Code of Virginia

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



Operating Procedure: 420.1
July 1, 2016

[Information

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

C. Amount of Force (1-CTA-3A-20)

1. [Information redacted pursuant to Code of
   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of
   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia
   • [Information redacted pursuant to
   • [Information redacted
   • [Information redacted pursuant
   • [Information
   • [Information redacted
   • [Information redacted
   • [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   • [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

- [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
- [Information redacted pursuant
- [Information
- [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
- [Information redacted
- [Information redacted pursuant to Code of Virginia

V. LESS LETHAL FORCE

A. Social and Verbal Control

1. The presence of a staff person, particularly someone with authority or influence over the offender may be adequate control for non-threatening situations.

2. Whatever staff is available may use verbal controls such as persuasion, advice, or warning to resolve a situation.

B. Manual Control and Self-Defense Techniques

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

C. The use of restraint equipment is governed by Operating Procedure 420.2, *Use of Restraints and Management of Offender Behavior.* [Information redacted pursuant to Code of Virginia §2.2-3705.2

D. Chemical Agents and Munitions

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

d. [Information redacted pursuant to Code of Virginia §2.2-3705.2
  i. [Information redacted pursuant to Code of
  ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  iv. [Information
  v. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  vi. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  vii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

f. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

g. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

h. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  iv. [Inf                                                                orm
  v. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

7. [Information redacted pursuant to Code of
  a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
  c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
    i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
      (a) [Information redacted pursuant to Code of Virginia

(b) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(a) [Information redacted pursuant to Code of Virginia

(b) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(a) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(b) [Information redacted pursuant to Code of Virginia §2.2-3705.2

(c) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

E. Electronic Control Devices

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

F. Distraction Device

[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

G. Impact Weapons

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

H. Impact Munitions

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

I. Interior Gun Posts

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to

   b. [Information redacted

   c. [Information redacted pursuant

   d. [Information

   e. [Information redacted

   f. [Information redacted

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Infor

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

VI. LETHAL FORCE

A. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



[Information redacted pursuant to Code of

B. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant

3. [Information        e

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

| | Operating Procedure: 420.1 |
|---|---|
| | July 1, 2016 |

[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information redacted pursuant to Code of Virginia

C. [Information redacted pursuant to Code of Virginia

   1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   3. [Information redacted pursuant to Code of Virginia

   4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

D. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]
      b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   7. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

E. Firearms Authorization

   1. Executive Order 50 (2015) prohibits the "open carry" of firearms in all buildings and workplace facilities owned, leased or controlled by executive branch agencies to include the DOC. This prohibition applies to all employees and to visitors in DOC buildings, and workplace facilities, but does not apply to DOC employees when they are authorized to carry a firearm in accordance with their official duties or to other government officials that have the lawful authority to carry a firearm while in the performance of their official duties.

| | Operating Procedure: 420.1<br>July 1, 2016 |
|---|---|

2. DOC staff authorized to carry, use, or have access to firearms in the performance of their duties:

   a. [Information redacted

   b. [Information redacted pursuant to Code of Virginia

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

     i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

     ii. [Info rmati on

     iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

     iv. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   f. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. Other than on-duty law enforcement officers or while engaged in authorized hunting activities (see Operating Procedure 320.3, *Hunting and Fishing on DOC Property*), no person on facility grounds may possess a firearm or other dangerous weapon unless issued by the Department of Corrections for an official duty purpose. Unauthorized possession or use of firearms or dangerous weapons is an offense for which an employee may be disciplined under the *Standards of Conduct* (see Operating Procedure 135.1).

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

     i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

     ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

     iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



7. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

8. Any person convicted of a domestic violence offense (misdemeanor or felony) is not eligible for employment in a position requiring the possible use or possession of firearms. An employee must report an alleged offense to their supervisor if charges have been filed against the employee assigned to a position that is authorized to carry firearms.

F. Restricted Use of Firearms and Ammunition

   1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   2. [Information redacted pursuant to Code of Virginia

   3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

VII. STRIKE FORCE

A. In accordance with Operating Procedure 075.3, *Strike Force*, certain facilities train and equip Strike Force Teams to use the appropriate force to control facility incidents and emergencies.

B. Facility Unit Heads or Administrative Duty Officers may authorize that the Strike Force be activated within their facility and/or request assistance from other facilities through the Regional Administrator or designee.

VIII. USE OF CANINES

A. DOC canine teams may be used to apprehend escaped or absconded offenders, provide additional security for a facility or special operation, support emergency response teams, and drug interdiction.

B. Operating Procedure 420.3, *Canines*, covers all aspects of the DOC Canine program.

IX.  REFERENCES

Executive Order 50 (2015), *Executive Action to Prevent Gun Violence*

Operating Procedure 038.1, *Reporting Serious or Unusual Incidents*

Operating Procedure 075.1, *Emergency Operations Plan*

Operating Procedure 075.3, *Strike Force*

Operating Procedure 135.1 *Standards of Conduct*

Operating Procedure 320.3, *Hunting and Fishing on DOC Property*

Operating Procedure 420.2, *Use of Restraints and Management of Offender Behavior*

Operating Procedure 420.3, *Canines*

Operating Procedure 430.1, *Armory Operation and Maintenance*

Operating Procedure 910.2, *Probation and Parole Use of Force*

 X.  FORM CITATIONS

*Failure to Qualify for Firearms* 420_F26

XI.  REVIEW DATE

The office of primary responsibility shall review this operating procedure annually and re-write it no later than three years after the effective date.

*Signature Copy on File*                    *6/9/16*
_____
A. David Robinson, Chief of Corrections Operations         Date