| | Operating Procedure | **Effective Date** October 1, 2018 | **Number** 435.3 |
|---|---|---|---|
| | | **Amended** | **Operating Level** Department |
| | | **Supersedes** Operating Procedure 435.3 (6/1/17) | |
| | | **Authority** COV §18.2-144.1, §18.2-250, §18.2-250.1, 18.2-431.1, §53.1-10, §53.1-25 | |
| **Subject** CANINES | | **ACA/PREA Standards** 4-4208, 4-4209, 4-4210 | |
| **Incarcerated Offender Access** Yes ☐    No ☒ | **Public Access** Yes ☒  No ☐ **Attachments** Yes ☒ #3  No ☐ | **Office of Primary Responsibility** Statewide Canine Program Coordinator | |

**Portions of this operating procedure are excluded from public disclosure under the Virginia Freedom of Information Act and have been redacted in accordance with COV §2.2-3704.01.**

I. PURPOSE

This operating procedure defines the structure and function of the Department of Corrections Canine Program.  The primary goals of the DOC Canine Program is to utilize canines as a manpower multiplier, to assist in the detection of narcotics, cell phones, and tobacco, assist in control of offenders, and assist in apprehension of escaping and absconding offenders.

II. COMPLIANCE

This operating procedure applies to all units operated by the Department of Corrections (DOC).  Practices and procedures must comply with applicable State and Federal laws and regulations, ACA standards, PREA standards, and DOC directives and operating procedures.

III. DEFINITIONS

**Basic Canine Training Programs** - Approved training courses that provide instruction and training for certified canine teams

**Canine In-Service Training Programs** - Approved training courses to ensure the continued proficiency of the canine teams

**Canine Adjunct Instructor** - A certified Canine Officer that assists the Canine Training Unit

**Canine Team** - The combination of a canine and Canine Officer trained and certified as a team in one of the following areas: Patrol, Man-trailing, Contraband Detection, or Narcotic Detection

**Canine Training and Development Coordinator** - A DCJS certified instructor employed by the DOC who serves as a member of the Canine Training Unit in providing and/or coordinating canine training

**Canine Training Unit** - A specialized group of experienced and trained instructors who conduct all training for the development of the canine program

**Canine Utilization** - An approved use or deployment assignment for the canine teams, which should include searches for contraband, narcotics, cell phones, escapees, and security management of offenders.

**Contraband Detection Canine Team** - A canine team trained for the detection of cell phone and tobacco odor

**Department of Criminal Justice Services (DCJS)** - The agency with statutory authority to establish compulsory minimum entry-level, in-service, and advanced training standards for Corrections Officers, and time limits for completion of such training, qualifications for certification of criminal justice instructors, and standards for criminal justice training centers

**Dog Information Governance & Operation System (DINGO)** - An interactive database, used by the DOC Canine Program to maintain informational files as well as training, performance evaluation, veterinarian, and utilization reports for canine teams

EXHIBIT 3

**Facility Kennel** - A fixed structure built to standards of this operating procedure to house DOC-owned canines at the facility sites assigned

**Institutional Canine Sergeant** - A corrections sergeant with specialized training and experience in patrol canine training and field operations that provides support to the institutional patrol Canine Officers, institutional Chief of Security, and the Statewide Canine Program Coordinator.

**Man-trailing Team** - A canine team trained for tracking escaped offenders as well as assisting non-Department of Corrections agencies in tracking of a variety of other individuals

**Narcotic Detection Canine Team** - A canine team trained for the detection of narcotic odor

**Official Visitor** - A visitor who may be an employee of another agency or another DOC facility or unit, a private vendor, or an individual who is present for a purpose other than offender visitation

**On the Job Training** - Scenario based training conducted with a certified Canine Officer of the same specialty to maintain proficiency

**Patrol Canine Team** - A canine team trained to assist in maintaining security, custody, and control of the offender population

**Regional Canine Sergeant** - A Corrections Sergeant with specialized training and experience in canine training and field operations that provides support to the Statewide Canine Program Coordinator, and the regional Canine Officers

**Residential Kennel**

- **Static** - A fixed structure built to house a service canine at the residence of the Canine Officer; this kennel must meet the standards of this operating procedure to include a roof for weather protection.
- **Mobile** - A movable kennel (ex. K9 Castle) placed at a Canine Officer's residence for housing the assigned service canine

**Service Personnel** - Vendors, maintenance, delivery, and repair personnel who need to gain access to a State correctional facility for business purposes

**Statewide Canine Program Coordinator** - The Administrative Manager employed by the Department of Corrections who coordinates training and field operations and provides leadership and guidance to the DOC Canine Program

**Surplus Canine** - A working dog removed from service due to a variety of circumstances to include, but not limited to, disease, injury, failure to certify or recertify, or age

**Volunteer** - Any citizen of the community who, of their own free will, provides goods or services to the DOC without any financial gain

IV. CANINE PROGRAM MISSION

A. The mission of the DOC Canine Program is to enhance public safety by utilizing canines as a manpower multiplier; to assist in the detection of narcotics, cell phones, and tobacco; to assist in control of offenders; and to assist in apprehension of escaping /absconding offenders. (4-4208)

B. The goals of the DOC Canine Program support the DOC goals through the following objectives: (4-4208)

1. Improve public, employee, and offender safety

   a. Intercept narcotics entering DOC units and detecting narcotics inside DOC units

   b. Reduce assaults on DOC staff and offenders by helping control offender behavior

   c. Reduce escapes through patrol of DOC facilities and assist in rapid apprehension of escaping or absconding offenders

   d. Intercept cell phones and other contraband entering DOC units and detecting cell phones and other contraband inside DOC units

2. Improve employee and organizational effectiveness

   a. Supplement staff resources by assisting in searches and offender control

    b. Augment staff abilities to detect narcotics, cell phones, and other contraband and to track offenders

    c. Provide a trained force to respond to unit emergencies; each facility should integrate DOC Canine Program resources into the facility emergency plans. (See Operating Procedure 075.1, *Emergency Operations Plan*) (4-4208)

    d. Provide specialized training to improve staff retention

3. Improve financial performance

    a. Reduce manpower needs

    b. Reduce injuries to staff and offenders

    c. Reduce damage to DOC property

4. Improve communications

    a. Assist DOC Emergency Response Units (DCT/TSU) in coordinated response to emergencies

    b. Improve the image of the DOC and its employees with the citizens of the Commonwealth through public demonstrations and assistance to other law enforcement or rescue agencies

## V. ACTIVATION AND RESPONSE

A. Utilization of DOC Canine Teams

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

    a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

    b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

    c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

    a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

    b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

    c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



Operating Procedure: 435.3

October 1, 2018

B. Man-trailing Team Utilization

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. Each utilization shall be logged and submitted in DINGO daily.

C. Patrol Canine Team Utilization

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      iii. [Information redacted pursuant to Code of Virginia

   b. [Informatio

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      iii. [Inform                                              ation

      iv. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      ii. [Information redacted pursuant to Code of Virginia          s

      iii. [Information redacted pursuant to Code of Virginia

      iv. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      v. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]          s

   d. [Information redacted

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] .

      iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      iv. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   f. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   g. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   h. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] .

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. [Information redacted pursuant to Code of Virginia

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2

   b. [Information

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

.

7. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

8. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

9. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

.

10. Utilization of patrol canines shall be logged in DINGO, daily. The Statewide Canine Program Coordinator or designee will review the reports daily.

D. Narcotic Detection Canine Team Utilization

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████ ██████████████████████████████

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████ ██████████████████████████████████████

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████████████

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████████████ .

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████████████████████████████████

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████████████

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████████████████

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████████ ██████ ██████████████████████████████████████████████ ████████████████████

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████

7. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████ ██████████████████████████████████

8. [Information redacted pursuant to Code of ████████ █████████████████████████ Virginia §2.2-3705.2 (14)] ██████████

9. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████

10. Management of "Alerts" By Narcotic Detection Canines

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████ ████████████████████████████████████████

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████

      i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ██████████████████████████████████████████████ ████████████████████

      ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(a) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(b) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

(c) [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

iv. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

v. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

i. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

ii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

iii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

di. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

dii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

diii. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

E. Contraband Detection Canine Team Utilization

1. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



[Information ███████████]

4. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████
   ████

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] █████ ████
   ████████████████████████████████████████
   ██████████████████████

6. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████
   ████

7. [Information redacted pursuant to Code of ████ ████████████
   Virginia §2.2-3705.2 (14)] ██████████

8. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████

9. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)] ████
   ████████████████████████████████████████
   ██████████████████████

## VI. ADMINISTRATIVE OPERATIONS

A. Canine Program Administrative Responsibilities

1. The Chief of Field Operations and the Statewide Canine Program Coordinator shall provide policy guidance and direction for administration of the canine program.

2. The Statewide Canine Program Coordinator will coordinate the development of uniform procedures and standards and shall be the point-of-contact for the DOC on matters pertaining to the operations of canines and Canine Officers.

   a. This position will act in conjunction with the Regional Operations Chiefs, Regional Administrators, Regional Managers, and Unit Heads to ensure the program is managed and supervised according to policy and procedure.

   b. This position will determine number and types of canines assigned to each facility in conjunction with the Chief of Corrections Operations, the Regional Operations Chiefs, and the Director of Security and Correctional Enforcement.

3. Regional Operations Chiefs shall serve as the regional designee for the canine program and shall plan, program, and budget for the canine program at the regional level.

4. The Statewide Canine Program Coordinator and the Special Operations Canine Division Supervisors in cooperation with the OLU Drug Task Force shall directly supervise the Narcotic Detection Canine Teams and Contraband Detection Canine Teams, and shall deploy teams as necessary and/or requested.

5. In facilities with Patrol Canine Teams, the Institutional Canine Sergeant with support from the Statewide Canine Program Coordinator and the Institutional Chief of Security will supervise the patrol canine program.

6. Canine Officers are personally responsible for their assigned canine. The Canine Officer trains, utilizes, feeds, cares for, cleans, and otherwise maintains their assigned canine(s). The use of unqualified personnel to handle canines may subject the DOC to unacceptable liability.

7. DOC canines shall not be associated with any society or organization unless that society is associated with canine training and has been approved by the Statewide Canine Program Coordinator.

B. Establishing a Canine Team

1. Authorization to establish canine teams at any facility must be obtained, in writing, from the Chief of

Corrections Operations.

2. The Statewide Canine Program Coordinator maintains a list of authorized canine teams approved by the Chief of Corrections Operations.

3. Canine Officers fill an authorized specialty post at their assigned facility. Canine Officers must maintain status as a certified Corrections Officer under DCJS guidelines.

C. Procurement of Canines (4-4209)

1. Canines assigned to the canine program are the property of the DOC and shall not be used for purposes and/or duties other than purposes approved in this operating procedure.

2. The Statewide Canine Program Coordinator will be responsible for the procurement of canines if canine budget allows for the purchase and for overseeing the contracts with the approved canine vendors in each specialty area.

3. The Statewide Canine Program Coordinator will be responsible for the procurement of canines through donations from any individuals or organizations.

4. All canines shall be assigned a number, registered, and certified by the Statewide Canine Program Coordinator or designee before they are put into DOC service.

D. Surplus of Canines

1. Canines removed from service will go into surplus and will no longer be authorized for use for DOC purposes.

2. Prior to making a determination to surplus a DOC owned canine, the facility shall notify the Statewide Canine Program Coordinator who will decide if the animal should be surplused or destroyed. Surplus patrol canines may be sold only to the Canine Officer who was last in control of the canine. See Operating Procedure 260.2, *Surplus Property.*

3. Any surplus canine specially trained to support the DOC mission, may be sold to the Canine Officer who was last in control of the canine, at an appropriate price, when the sale is not deemed a violation of state and local government conflict of interest.

4. Checks received for canine sales must be made payable to the Treasurer of Virginia and deposited by the DOC directly into the state treasury.

5. Upon surplus of the canine, the Commonwealth of Virginia - Virginia Department of Corrections relinquishes all rights and title to the surplused canine. The canine will be kept and maintained as a personal household pet, and will not be trained or used for any commercial or other use. Before final purchase of a surplused canine the purchaser must sign the *Canine Receipt Agreement* 435_F6.

6. The surplused canine will be removed from DOC kennels/property within 30 working days of approved purchase or the canine will be euthanized by a licensed veterinarian.

E. Inspections (4-4209)

1. The Statewide Canine Program Coordinator, and Regional Canine Sergeants or designees shall have the authority to inspect all canine kennels, canines, appearance of Canine Officers, and equipment.

2. Kennels, canines, Canine Officer appearance, and equipment must comply with DOC operating procedures at all times.

3. During an inspection, if an area is out of compliance, the inspector shall address the concerns with the Canine Officer so that on-the-spot corrections can be made if possible. If the deficiency cannot be corrected immediately, the Statewide Canine Program Coordinator or designee shall address the concern with the Canine Officer's immediate supervisor.

4. Canine Officers who do not comply with DOC operating procedures shall be subject to disciplinary actions under Operating Procedure 135.1, *Standards of Conduct*.

F. Dual Certifications of Canines/Canine Officers

1. No canine acquired by the DOC shall be crossed-trained in other specialty areas at any time. Canine Officers who cross-train a DOC canine will be subject to removal from canine post and disciplinary action under the Standards of Conduct.

2. Canine Officers may be cross-trained in Man-trailing and Narcotic Detection Canines.

3. Canine Officers may be cross-trained in Man-trailing and Contraband Detection Canines.

4. No Canine Officer will hold the following combinations of active certification at the same time. If a Canine Officer wishes to change certification in these areas, they must let the additional certification lapse. Dual certification is not allowed in:

   a. Patrol Canine and Narcotic Detection Canine

   b. Narcotic Detection Canine and Contraband Detection Canine

   c. Patrol Canine and Contraband Detection Canine

   d. Man-trailing and Patrol Canine

G. Injuries to Canines or Canine Officers

1. When a canine is lost, injured, or killed, the Canine Officer will notify the Institutional Canine Sergeant (if applicable), Regional Canine Sergeant, and Statewide Canine Program Coordinator as soon as possible.

2. If an offender harms a canine, the Canine Officer will initiate a *Disciplinary Offense Report* charging the offender in accordance with Operating Procedure 861.1, *Offender Discipline, Institutions*, or other such procedures as may apply to the offender's status.

3. COV §18.2-144.1 may be used to place felony charges against any person that harms a DOC canine.

4. When a Canine Officer is injured and cannot maintain control of their canine, the nearest Canine Officer should respond and assume control of the canine.

   a. The responding Canine Officer shall assure their personal safety when taking control of the canine.

   b. The Institutional Canine Sergeant, Regional Canine Sergeant, and the Statewide Canine Program Coordinator shall be notified as soon as possible.

5. No canine will be destroyed without the expressed approval of the Statewide Canine Program Coordinator.

6. When a canine dies unexpectedly or as a result of injury, the Statewide Canine Program Coordinator will be notified to approve an autopsy.

7. Replacement of the canine shall be coordinated through the Statewide Canine Program Coordinator and the Canine Training and Development Coordinator.

H. Canine Officers Weapons and Equipment

1. Each Canine Officer shall be issued, or have available the weapons and equipment as specified in Attachment 1, *Canine Team Equipment*.

2. The Statewide Canine Program Coordinator shall be contacted for specifications prior to ordering equipment to ensure standardization.

3. Where possible, this equipment shall be issued to the Canine Officer so that it is readily available to the Canine Officer at all times.

VII. APPLICATION AND SELECTION PROCESS

A. Selection for Canine Officer Position (4-4209)

1. All Canine Officer positions are advertised through the DOC Vacancy List and Jobs.Virginia.gov.

2. Applications must be submitted through the Recruitment Management System to be processed in accordance with Operating Procedure 102.2, *Recruitment, Selection, and Appointment*.

3. Corrections Officers who have successfully completed their probationary period may apply for selection to Canine Officer positions.

    a. Candidates should possess exceptional work habits, a marked degree of resourcefulness, dependability, patience, and be in good physical condition.

    b. The interview process may include physical ability/agility tests.

    c. Prior to beginning basic canine training, each candidate for a Canine Officer position must be examined by a licensed physician and determined to be able to participate in training for the position without restriction now and for the foreseeable future (see *Physician's Report for Canine Officers* 435_F5).

B. Removal of Canine Officer from Canine Post

1. Canine Officers can be removed from a canine post at the discretion of the Facility Unit Head, Regional Operations Chief or Regional Administrator, Statewide Canine Program Coordinator, or Chief of Field Operations.

2. The following actions may result in removal from a canine post:

    a. Failure to meet certification/recertification standards

    b. Failure to meet training standards during any canine training program to include all mandated field and in-service training

    c. Failure to maintain DCJS certification as a Corrections Officer

    d. Receiving a group notice under Operating Procedure 135.1, *Standards of Conduct,* (at discretion of supervisor)

    e. Failure to provide proper canine care and feeding

    f. Physical abuse of DOC canine

    g. Use of canine for purposes and/or duties other than those for which the canine was purchased and trained

    h. Failure to follow DOC procedure

    i. Selling of surplused canine for profit

    j. Falsification of time or other records

    k. Failure to report to assignments in a timely manner

    l. Unprofessional conduct

    m. Failure to complete all required canine documents

    n. Other unsatisfactory performance

3. Canine Officers who do not comply with DOC operating procedures shall be subject to disciplinary actions under Operating Procedure 135.1, *Standards of Conduct*.

## VIII. CARE OF CANINES

A. The *Canine Care Manual* serves as an extension of this operating procedure to provide guidance on care of canines and a copy will be provided to all certified Canine Officers. (4-4209)

B. Feeding of the canine shall be the responsibility of the individual Canine Officer.

1. The canine should be fed once per day at the end of the Canine Officer's shift. Care must be taken that the canine is not overfed.

2. The amount of food each canine receives in its daily diet will normally be in accordance with the directions on the container. It may become necessary to deviate from the directions if recommended by a veterinarian to maintain a proper state of health.

3. Canines will not be exposed to strenuous exercise or activity for at least one hour after feeding. Exercise immediately after feeding could be potentially fatal to the canine.

4.  Canine Officers shall monitor a canine for a minimum of 30 minutes after feeding. No self-feeders shall be utilized for feeding of DOC canine.

5.  Food shall be stored in such a manner as to prevent spoilage and insect/rodent infestation.

6.  Water, food bowls, and utensils must be durable, non-toxic, non-corrosive, and easily cleaned.

    a.  Water and food receptacles should either be secured or of a design and type that cannot be easily tipped over.

    b.  Water containers should be of adequate size to ensure water is available to the canine at all times, especially during periods of hot weather.

7.  When a canine is temporarily assigned to another facility or scheduled for training at any designated canine training facility, the Canine Officer will bring the appropriate amount of food to feed the canine for the duration of the assignment.

C.  Routine grooming and inspection are essential to the proper care of the canine's skin and coat of hair. During grooming, the Canine Officer looks for signs of illness or disease that may affect the health of the canine. (4-4209)

1.  No canine will be bathed when the outside air temperature is below 65 degrees.

2.  The Canine Officer will seek the advice of the veterinarian as to the frequency of bathing, type of soap to be used, and how to protect the canine's eyes and ears.

3.  Upon completion of bathing, the canine will be dried with a towel or suitable substitute. After towel drying, the canine may be gently exercised in warm sunlight to complete the drying process.

4.  During grooming, the Canine Officer will look for elements that may lead to possible health problems for the canine to include, but are not limited to: ticks, fleas, skin rash, cuts and abrasions, hair loss, physical abnormalities, etc.

D.  Inclement Weather

1.  During periods of inclement weather, additional precautions shall be taken to ensure that the canine's health and safety are not jeopardized.

    a.  Periods of extremely hot or cold weather require additional care for canines.

    b.  Outside air temperature may not necessarily be an accurate measure of actual heat or cold felt by the canines.

    c.  Wind chill factors, precipitation, ground temperatures, location of kennel, humidity, etc. must also be considered.

2.  It shall be the Canine Officer's responsibility to bring to their supervisor's attention if the Canine Officer considers the weather to warrant additional care of the canine.

3.  The canine shall be checked periodically day and night when temperatures are extremely hot or cold.

4.  Even though most doghouses have cedar shavings or another appropriate bedding, additional insulating material such as hay or straw, cloth, and plywood should be added in/or around the houses to ensure protection from the wind and provide additional warmth.

5.  Ice and snow should be removed from the kennels. Crusty ice can cause injury to the canine's pads. Chemicals, such as rock salt, are not to be used. Some chemicals are poisonous and may cause serious illness or death if ingested.

6.  When inspecting the canines, look for signs of distress such as shivering.

    a.  The canine's coat will be checked for freezing; especially the ears and tip of the tail.

    b.  The eyes will be checked for signs of dryness.

    c.  The extremities should be checked closely, as these areas will be the first to suffer frostbite.

    d.  If a canine appears to be acting abnormally, the canine's temperature should be checked.

    e.  The normal body temperature of the canine should be between 101 - 102 degrees.

    f.  If the canine's body temperature is below 100 degrees, the canine will be taken to the veterinarian immediately.

    g.  Exercising the canine more often will help maintain the body temperature of the canine during cold weather.

7.  If a canine needs to be fed two to three times per day instead of the regular one time per day feeding, the amount of food given should equal the normal daily allowance.  Some additional food may be given to increase the calorie intake, which may provide additional warmth.  Do not over feed.

8.  Canine Officers are to remain with and monitor the canines (especially the bloodhounds) for a period of approximately one hour to ensure that the canine does not suffer bloat.  This is a special requirement during inclement weather due to digestion process being slower than normal.

9.  Canines are to be given water more frequently during cold weather due to water freezing in the buckets.  The ice shall be removed from the buckets before adding additional water.

10.  If available, canines may and should be housed in other areas that will provide shelter from the wind and cold.

    a.  These areas may be maintenance areas or any other area approved by the immediate supervisor or designee.

    b.  If these areas are used, the canines will be housed in a secure portable transportation crate and shall not be left unattended.

    c.  The canine must be given frequent breaks to exercise and relieve itself.

    d.  In order to prevent overheating the canine, it should be placed in the coolest area of the building used.  This will aid the adjustment to outside temperatures when it is returned to the kennel.

11.  Canines will not be transported in vehicles that do not provide protection from the wind.  Canines will be transported in an approved and secured transport box inside an enclosed vehicle with a temperature monitoring device.

12.  Canines should be inspected for symptoms associated with heat related illnesses during warmer weather.

13.  Canines are to be given water more frequently during warmer weather due to increased consumption.

14.  When the canine is utilized for an assignment during hot or cold weather, caution shall be taken to not allow the canine to drink toxic liquids such as leaking antifreeze, etc.

    a.  The Canine Officer shall check for burned or cut pads and legs, ice incrusted feet, and bloody lips and tongues from ice and snow

    b.  Often the canine attempts to clean its feet by licking away irritants.  This can also cause the canine to become ill.

E.  Facility Kennels

1.  Facility kennels will be utilized for all Patrol canines.

2.  Facility kennels can be used as special housing for Man-trailing, Contraband Detection, and Narcotic Detection canines upon approval.

3.  Narcotic and Contraband Detection canines shall only be housed at the facility kennels for short-term emergencies.

4.  It shall be the responsibility of the facility to pay for the cost of the material to construct the kennel, and the facility will be responsible for the actual construction of the kennels.

5.  The facility will be responsible for all cost of repair and upkeep to the kennel.

6.  Kennels shall be constructed and maintained in accordance with Attachment 2, *Canine Kennel Specifications*.

F.  Residential Kennels

1. Canine Officer residential kennels will be utilized for housing of Narcotic Detection and Contraband Detection canines, and if the Canine Officer is dual-certified, their residential kennel will house the Man-trailing canine as well.

2. It shall be the responsibility of the facility to pay for the cost of the material to construct the kennel, and the facility will be responsible for the actual construction of the kennels.  The facility will be responsible for all cost of repair and upkeep to the kennel.  Offender work crews shall not be used to construct or repair residential kennels.

   a. Canine Officers with preexisting kennels may retain them as long as they remain in compliance with this operating procedure.

   b. All new residential kennels will be established using mobile kennels (K9 Castle or similar) and will have immediate and constant access to water and electric at the kennel site.

G. Canine Medical Care

1. The *Canine First Aid, CPR, and Disease Prevention Manual* will serve as an extension of this operating procedure.

   a. The Statewide Canine Program Coordinator will oversee the preparation and distribution of this *Manual* to be available at all canine team sites.

   b. This *Manual* will be a reference for canine first aid, canine CPR, and will assist Canine Officers in identification of canine disease and disease prevention.

   c. This *Manual* will not be used in place of a licensed veterinarian.

2. All canines shall be examined according to a schedule arranged by a licensed veterinarian.

3. The Canine Officer must be alert and maintain strict control to restrain the canine and eliminate possible injury to veterinary clinical staff.

4. Only medications authorized by a veterinarian shall be administered.

5. It is mandatory that each canine receive heartworm preventative medication.

   a. This medication will be administered upon the advice of the canine's regularly assigned veterinarian.

   b. The Canine Officer shall have their canine's blood tested every 10 to 12 months for heartworms.

6. If a canine becomes ill or incapacitated for any reason, it shall be the Canine Officer's responsibility to notify their immediate supervisor and the Statewide Canine Program Coordinator immediately.

7. For each veterinarian visit, the Canine Officer shall complete a *Canine Medical Log* 435_F7 and submit copies to the Institutional Canine Supervisor, Regional Canine Sergeant, and Statewide Canine Program Coordinator.

H. Canine Transportation

1. General services shall provide vehicles for canine use .  This vehicle shall be assigned to the canine team(s) and used only for canine operations.  (4-4209)

   a. Canine transportation vehicles shall be well maintained and in good operating condition at all times.

   b. All vehicle equipment shall be kept in proper working order.

   c. The exterior and interior of the vehicle shall be clean at all times.

   d. The Statewide Canine Program Coordinator, Regional Canine Sergeants and Patrol Canine Sergeants should periodically inspect canine vehicles to ensure compliance with policy and procedure.

   e. Vehicles assigned for transport of canines shall be equipped and maintained in accordance with Attachment 3, *Canine Transportation*

2. It shall be the Canine Officer's responsibility to insure the interior of the canine cargo space is kept clean and orderly at all times.

3. Canines shall not be transported with any material, substance, or device in such a way that can injure their health or well-being.

IX. CANINE TEAM TRAINING (4-4209)

A. General Training Issues

1. The Canine Training and Development Coordinator shall be the primary trainer for the DOC and the Statewide Canine Program Coordinator shall coordinate all training.

2. The Canine Training and Development Coordinator will coordinate non-DOC training for canine teams.

B. Canine Instructors

1. Canine Training and Development Coordinator positions in the Canine Training/Operations Unit will be filled in accordance with DOC recruitment and selection procedures. Canine Instructors must meet the following qualifications:

   a. Successful completion of an approved Basic Canine Training School in the specialty area in which they are teaching

   b. A minimum of three years of experience as a Canine Officer is preferred with extensive training with canines.

   c. Must successfully complete DCJS General Instructor certification and maintain their certification while employed by the Canine Training Unit.

   d. Must have successfully served as a Canine Adjunct Instructor for DOC in at least one area of specialty training

2. Adjunct Canine Instructors

   a. Only two DOC Canine Officers per Region will be allowed to certify as Adjunct Canine Instructors in each canine specialty area unless otherwise approved by the Statewide Canine Program Coordinator based on needs assessment.

   b. The Statewide Canine Program Coordinator shall make selection of Adjunct Canine Instructors based on the following qualifications:

      i. Must have a letter of recommendation from their supervisor, submitted to the Statewide Canine Program Coordinator

      ii. No active disciplinary actions on file

      iii. Successful completion of an approved Basic Canine Training School consisting of a minimum of 480 hours to secure initial certification as a Canine Officer.

      iv. A minimum of three years of experience as a Canine Officer in the field of desired instruction is preferred

      v. Must successfully complete DCJS General Instructor certification within time limits established by the Canine Training/Operations Unit and maintain their certification while serving as Adjunct Canine Instructor.

   c. Adjunct Canine Instructors must attend one Basic Canine School (480 Hours) in which they will serve as an instructor under supervision of a Canine Training and Development Coordinator.

      i. This course is in addition to the one completed by the Canine Officer to gain their original certification.

      ii. The Adjunct Canine Instructor candidate shall not be training a canine during this program.

   d. The Statewide Canine Program Coordinator will review the performance of each Adjunct Canine Instructor at least annually. To maintain Adjunct Canine Instructor status, an individual must assist a Canine Training Instructor in teaching a block of canine instruction for a minimum of 120 hours each year.

   e. An Adjunct Canine Instructor may be asked to assist the Instructor with training. Adjunct Canine Instructors cannot conduct training without prior approval of the Statewide Canine Program

Coordinator.

f.  An Adjunct Canine Instructor will not be allowed to certify or recertify any canine unless permission has been granted by the Statewide Canine Program Coordinator.  Certifications will be the responsibility of the Statewide Canine Program Coordinator and Canine Training/ Operations Unit staff.

g.  An Adjunct Canine Instructor will have the authority to temporarily remove a canine from service; however, final authority to remove a canine from service will rest with the Canine Training/Operations Unit and Statewide Canine Program Coordinator.

   i.  When a canine is temporarily removed from service, the Adjunct Canine Instructor must provide written notification (email) to the Statewide Canine Program Coordinator.

   ii.  The Canine Training/Operations Unit will then have two weeks to re-evaluate the canine in question to make a final determination of status.

h.  Adjunct Canine Instructor status can be revoked for:

   i.  Failure to meet the minimum number of hours required to teach annually

   ii.  Removal from the canine program for any reason

   iii.  Poor performance as an Adjunct Canine Instructor

   iv.  At the request of their immediate supervisor

   v.  For any other reason as determined by the Statewide Canine Program Coordinator on a case-by-case basis

C.  Man-trailing Canine (4-4209)

1.  The *Man-trailing Canine Training Academy Certification and Re-certification Criteria and Guidelines* will serve as an extension to this operating procedure.  This manual will identify approved certification and recertification standards.

2.  In order to maintain a high standard of efficiency, canines and Canine Officers shall receive basic canine training and in-service training to maintain certification.

3.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5.  Field Training

   a.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

      i.  [Informatio

      ii.  [Informatio

      iii.  [Information

   b.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6.  In-service Training

   a.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c.  [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

D. Patrol Canine (4-4209)

1. The *Patrol Canine Training Academy Certification and Re-certification Criteria and Guidelines* will serve as an extension to this operating procedure. This manual will identify approved certification and recertification standards.

2. In order to maintain a high standard of efficiency, canines and Canine Officers shall receive basic canine training and in-service training to maintain certification.

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. Field Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

E. Narcotic Detection Canine (4-4209)

1. The *Narcotic Detector Canine Training Academy Certification and Re-certification Criteria and Guidelines* will serve as an extension to this operating procedure. This manual will identify approved certification and recertification standards.

2. Team Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. Field Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. In-service Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. Narcotic Training Aids

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   f. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

F. Contraband Detection Canine Teams (4-4209)

1. The DOC has canine teams specifically trained to detect only the odor of cell phones, cell phone accessories, tobacco, and tobacco products.

2. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

3. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

4. Team Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]



[Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

f. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

5. Field Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

6. In-Service Training

   a. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   b. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   c. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   d. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   e. [Information redacted pursuant to Code of Virginia

   f. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

   g. [Information redacted pursuant to Code of Virginia §2.2-3705.2 (14)]

X. REPORTS

  A. Canine Records

    1. The Canine Officers shall use DINGO to maintain daily and current records of each canine under their control, recording training, care of dogs, and significant events. (4-4210)

    2. The Institutional Canine Supervisor shall maintain a hard copy record for each of the topics listed below. (4-4210)

      a. Medical Reports

      b. Certification Tests

      c. Certification Certificates

      d. General Information

  B. Canine Bite Reports

    1. Any time the use of canine results in a bite, the Statewide Canine Program Coordinator, and Institutional Canine Sergeant will immediately be notified of the incident.

    2. Any time the use of a canine results in a bite, a *Bite Report* shall be completed in DINGO before the end of shift or assignment and sent to the Statewide Canine Program Coordinator, Shift Commander, Administrative Duty Officer, and Facility Unit Head.

3. In all cases where a person is bitten by a DOC canine, the Canine Officer or other responsible party shall see that the person bitten receives prompt medical attention.

4. All bites and abrasions will be photographed. Tears in the clothing attributed to the canine should also be photographed and all photographs should be treated as evidence.

## XI.  REFERENCES

*Canine Care Manual*

*Canine First Aid, CPR, and Disease Prevention Manual*

Department of the Treasury, *U. S. Customs Canine Manual*

*Man-trailing Canine Training Academy Certification and Re-certification Criteria and Guidelines*

*Narcotic Detector Canine Training Academy Certification and Re-certification Criteria and Guidelines*

*Patrol Canine Training Academy Certification and Re-certification Criteria and Guidelines*

Operating Procedure 075.1, *Emergency Operations Plan*

Operating Procedure 102.2, *Recruitment, Selection, and Appointment*

Operating Procedure 135.1, *Standards of Conduct*

Operating Procedure 135.4, *Alcohol and Other Drug Testing*

Operating Procedure 260.2, *Surplus Property*

Operating Procedure 420.1, *Use of Force*

Operating Procedure 445.1, *Employee, Visitor, and Offender Searches*

Operating Procedure 851.1, *Visiting Privileges*

Operating Procedure 861.1, *Offender Discipline, Institutions*

## XII.  FORM CITATIONS

*Physician's Report for Canine Officers* 435_F5

*Canine Receipt Agreement* 435_F6

*Canine Medical Log* 435_F7

*Man-trailing Re-Certification* 435_F8

*Substance Detection Canine Team Certification Evaluation* 435_F9

*Narcotic Canine Consent to Search* 435_F10 or *Spanish* 435_F10S

## XIII.  REVIEW DATE

The office of primary responsibility shall review this operating procedure annually and re-write it no later than three years after the effective date.

*Signature Copy on File*                                    *9/13/18*
_____
A. David Robinson, Chief of Corrections Operations          Date