UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CURTIS J. GARRETT,

    Plaintiff,

v.                                 Case No. 3:20CV986

COMMONWEALTH OF VIRGINIA, *et al.*,

    Defendants.

**ORDER**

This matter comes before the Court on the Unopposed Motion for Leave to Withdraw as Counsel Pursuant to Local Rule 83.1(G). The Court, having considered the motion, and for good cause shown, hereby orders that the motion is GRANTED and that Shira V. Anderson's appearance for Plaintiff in the above-captioned matter is hereby terminated.

SO ORDERED. This 19 day of May, 2021.

/s/
John A. Gibney, Jr.
United States District Judge
The Honorable John A. Gibney, Jr.
United States District Judge