# Exhibit F

## Talbot, Andrew

| | |
|---|---|
| **From:** | Maughan, Laura E. <LMaughan@oag.state.va.us> |
| **Sent:** | Wednesday, August 18, 2021 4:36 PM |
| **To:** | Talbot, Andrew |
| **Cc:** | Wulfe, Lauren S.; Freedman, John A.; Oren Nimni; Kelly Jo Popkin |
| **Subject:** | RE: Amended complaint |
| **Attachments:** | Page 2 of 2.jpg; Page 1 of 2.jpg |

External E-mail

Hi Andrew,

In the interest of time, I'm sacrificing a bit of organization and ease of review.

I've attached two image files here which are copies of the canine duty roster at issue.

Could you take a look and give me a call so I can give you some context? It's easier to explain over the phone. 804-786-0030

Thank you,

laura maughan

**Laura Maughan**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030 Office
LMaughan@oag.state.va.us
http://www.ag.virginia.gov





**From:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Sent:** Wednesday, August 18, 2021 7:04 AM
**To:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** Re: Amended complaint

Hi Andrew,

1

I'm so sorry to be slow getting back to you on this. I'm still working on it and will try to get it out today - I know it's your deadline to file today. I'm waiting on one more document from VDOC.

I've been out of work a couple days recently dealing with water in my basement and lost power from the storms.

Thank you so much for your understanding,


laura maughan

---

**From:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Sent:** Monday, August 16, 2021 11:23 AM
**To:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** RE: Amended complaint

Hi Laura.  Just wanted to check whether you think you will be able to send us the duty roster for December 25, 2018 in the next couple of days so we can confirm Officer Williams was not involved in the 12/25/18 attack before we file our amended complaint.

Thank you,
Andrew

---

Andrew Talbot
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6038
Andrew.Talbot@arnoldporter.com | www.arnoldporter.com

**From:** Talbot, Andrew
**Sent:** Tuesday, August 10, 2021 12:59 PM
**To:** 'Maughan, Laura E.' <LMaughan@oag.state.va.us>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** RE: Amended complaint

Thank you - this all sounds great.

---

Andrew Talbot
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6038
Andrew.Talbot@arnoldporter.com | www.arnoldporter.com

**From:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Sent:** Tuesday, August 10, 2021 12:55 PM
**To:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>

2

**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** RE: Amended complaint

External E-mail

Hi Andrew,

- The change to the briefing schedule is fine by me – thank you all for that.
- For Manis's response deadlines – I would intend to keep his response on track with all the other defendants as we've outlined in the schedule. I agree that's easiest / best.
- For Franklin and Shy, I'll have to check on the dates and consider the impact of a stay on the rest of the case. For now and for purposes of the forthcoming second amended complaint, if you all could please plan to send me waivers for them as well, I'll try this week and next to better clarify how to proceed with them. I don't want you all to waste time/money serving them if you don't have to. I'll let you know ASAP if I conclude I cannot accept for them.

Thank you all,

laura maughan


**Laura Maughan**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030 Office
LMaughan@oag.state.va.us
http://www.ag.virginia.gov



**From:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Sent:** Tuesday, August 10, 2021 12:35 PM
**To:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** RE: Amended complaint

Hi Laura.

We agree it makes sense to extend the response/briefing deadlines and page limits, but we would request that we extend the deadline for any opposition brief slightly further to 10/27. That will allow 5 weeks for both your response to our complaint and our response to any motion you might file. Just to be clear, here are the dates we propose:

- 8/18 - Pl. Second Amended Complaint

3

- 9/22 - Defs. response (answer or motion) -- if motion, 30 pages
- 10/27 - Pl. response (if any) -- 30 pages
- 11/10 - Defs. reply (if any) -- 10 pages

Please let us know if that schedule is acceptable. We are fine with you waiting to file a motion for extension until we file our complaint.

We also wanted to follow-up briefly on the other logistical points below.

- Regarding a waiver of service for Manis, we just want to clarify what his response deadlines would be. Would you agree to him being subject to the response/briefing schedule outlined above? We think it makes sense for the schedule to be the same for all named defendants if possible.
- For Franklin and Shy, can you tell us how long each is expected to be on active duty? Our understanding is that they will still have the protections under the SCRA while on active duty (e.g. ability to stay the case) even if you accept service. But if you determine you cannot do so we will just serve them under the rules.

Thanks for working with us on these issues.

Andrew

_____

Andrew Talbot
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6038
Andrew.Talbot@arnoldporter.com | www.arnoldporter.com

**From:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Sent:** Monday, August 9, 2021 1:59 PM
**To:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** RE: Amended complaint

External E-mail

Hi Andrew,

Responses to your inquiries as numbered, and a couple new inquiries as lettered are below.

1. Carl Manis – I will represent him and accept service for him. Instead of a summons, however, I would ask that you send a waiver or let us complete and return a waiver.
2. Duty Roster – I'm running down one more detail with the duty roster that I currently have. I will get you a copy of the relevant document ASAP.
3. Franklin and Shy – I will be representing both of them, but am not yet sure whether I may accept service for them, and if I do, what effect that will have. They are both presently on active duty military leave, though Shy is no longer employed by VDOC. If you have any thoughts on that, I'm happy to consider them.

New inquiries:

a. Deadlines for responsive pleadings – Though this may change once I see the forthcoming complaint, I would like to extend Defendants' time limit for filing a response to September 22, 2021. Under the Rules, a response would

4

be due 14 days from the date it's filed, which would be September 1 (assuming you file on August 18). If you could let me know if you consent to that request, that would be wonderful.

    a.   Note: This request for an extension of time would apply whether I file a motion or an answer.

  b.  Further briefing – If you all consent to my extension request, I'm happy to consent to whatever reasonable extension you all may have for a response / reply timeline, if I file a motion in response to the complaint. I propose the following:

    a.   Response: October 20

    b.   Reply: November 3

  c.  Page limits – Considering the last memo I filed and the number of defendants, I would anticipate needing more than 20 pages to address a motion to dismiss and would ask whether you all would consent to expanding that to 30 pages, excluding the COS. I would consent to the same for your response and the reply would stay at the standard 10 pages.

On Items (a) – (c), I would be happy to file a consent motion on these issues, though I think it would be best if I did so after reviewing the forthcoming complaint. And likewise, if you all want to wait until you finalize it to discuss your consent, that's fine. I can re-raise it after the complaint is filed.

Thank you,

laura maughan

**Laura Maughan**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030 Office
LMaughan@oag.state.va.us
http://www.ag.virginia.gov



**From:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Sent:** Monday, August 9, 2021 9:04 AM
**To:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** RE: Amended complaint

Hi Laura,

Just wanted to circle back on the below and a couple other issues.

1.  We wanted to give you a heads up that we intend to name Carl Manis in our amended complaint and drop Melvin Davis.  We will plan to effect service on Manis by sending you a copy of the complaint and summons as you suggested below.

5

2. You previously mentioned that you would send us the duty roster for Sussex I on December 25, 2018. I do not see it in the current production (but please correct me if I'm mistaken). Are you able to send that to us this week? If so, we can confirm Officer Williams was not involved in Mr. Garrett's attack and can drop him from our amended complaint.

3. We also want to give you a heads up that we intend to name Matthew Franklin and Christopher Shy in our amended complaint. Will you be representing them? If so, are you willing to accept service on their behalf? We should also discuss how to proceed in light of the Servicemembers Civil Relief Act, which you flagged may apply to Matthew Franklin.

Thank you,
Andrew

_____

Andrew Talbot
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6038
Andrew.Talbot@arnoldporter.com | www.arnoldporter.com

**From:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Sent:** Tuesday, August 3, 2021 7:52 PM
**To:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** Re: Amended complaint

External E-mail

Hi Andrew,

Of course - the warden during that time was Carl Manis. If you intend to name him as a defendant or need to contact him, I will be representing him and will accept service for him.

Depending on the allegations, I may file a motion to dismiss on his behalf and don't intend to waive that option or any defenses by identifying him or accepting service on his behalf.

Have a good night,

laura maughan

**From:** Talbot, Andrew <Andrew.Talbot@arnoldporter.com>
**Sent:** Tuesday, August 3, 2021 3:44 PM
**To:** Maughan, Laura E. <LMaughan@oag.state.va.us>
**Cc:** Wulfe, Lauren S. <Lauren.Wulfe@arnoldporter.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Oren Nimni <oren@rightsbehindbars.org>; Kelly Jo Popkin <kellyjo@rightsbehindbars.org>
**Subject:** Amended complaint

Hi Laura.

I wanted to circle back on the attached affidavit you gave us from Warden Davis, in which he states that he was not the warden at Wallens Ridge prison during January 31 - May 20, 2019. We are preparing our second amended complaint and wanted to ask if you would be willing to provide us with the name/address of the individual(s) who was the warden at Wallens Ridge during January 31 - May 20, 2019. If so, we would be happy to swap that person in for Davis in our amended complaint.

Thank you!

Andrew

_____

Andrew Talbot
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6038
Andrew.Talbot@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com



**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Daily Duty Roster**

Effective Date: December 1, 2010
Operating Procedure 401.2    Attachment 2

**Facility: Sussex I State Prison**  |  **Shift: K-9**  |  **Date: 12-25-2018**  |  **Page 1 of 1**

| BFOQ/ Cert. Req. | Post Number | Post Title | Officer Assigned | Alternate Officer | Time In | Time Out | Officer's Initials | Meal Break | Emergency Posts Relief/Rotation | Total Hours Worked |
|---|---|---|---|---|---|---|---|---|---|---|
| | 128 | K-9 Patrol Lieutenant | D. Fida | | | | | | | |
| | 129 | K-9 Patrol Sergeant | T. Gayles | | | | | | | |
| | 134 | K-9 Patrol Dog | T. Hoover | | | | | | | |
| | 135 | K-9 Patrol Dog | C.A. Jones | | 530 AM | 1000 PM | CJ | 1.0 | | 15.5 |
| | 136 | K-9 Patrol Dog | D. Hobbs | | | | | | | |
| | 137 | K-9 Patrol Dog | V. Dailey | | 100 | 1000 PM | VD | .5 | | 9.5 |
| | 138 | K-9 Patrol Dog | M. Franklin | | 930 am | 1000 PM | MF | 1.0 | | 11.5 |
| | 139 | K-9 Patrol Dog Death Row | C. Shy | | 0530 AM | 1000 PM | CS | 1.0 | | 15.5 |
| | 140 | K-9 Patrol Dog | D. Clinton | | | | | | | |
| | | | N. Scarper | | 0530 AM | 600 PM | NS | 1.0 | | 11.5 |
| | | | S. Smith | | 0530 AM | 600 PM | SMS | 1.0 | | 11.5 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1 of 2

Admin 2

Revision Date: 9/16/1

Virginia Department of Corrections
**Daily Duty Roster**

Effective Date: December 1, 2010
Operating Procedure 401.2    Attachment 2

| Employee's Full Name | Leave Code* | Employee's Full Name | Leave Code* | Employee's Full Name | Leave Code* |
|---|---|---|---|---|---|
| S. Smith | R | | | | |
| D. Clinton | | | | | |
| N. Scarper | R | | | | |
| C. Chilcutt | FMLA | | | | |
| T. Gayles | | | | | |
| M.D. Williams | R | | | | |
| M. Griffin | R | | | | |
| M. Franklin | | | | | |
| C. Jones | | | | | |
| D. Fida | | | | | |
| D. Hobbs | | | | | |
| T. Hoover | | | | | |
| C. Shy | | | | | |
| W. Smith | R | | | | |
| W. | R | | | | |
| R. Styron | R | | | | |
| A. Darby | R | | | | |
| V. Dailey | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Leave Types***

| | | | |
|---|---|---|---|
| | CT – Compensatory Leave Taken | CE – Compensatory Leave Earned | RT - Recognition Leave Taken |
| BE - Bonus Leave Earned | ET – Education Leave Taken | OE – Overtime Leave Earned | MO - Organ/Bone Marrow Leave Taken |
| BT - Bonus Leave Taken | MT – Military Leave Taken | OX – Overtime Leave Taken | |
| CS - Community Service Leave Taken | JT – Administrative Leave Taken | DC – Disability Credit Taken | PL - Prelayoff Leave Taken |
| AT – Annual Leave Taken | WT – Workers Compensation | FP – Family/Personal Taken | MB - Military Leave Bank Taken |
| SP – Sick Taken-Personal | XX – Leave Without Pay | SD – Short Term Disability Leave | |
| SF – Sick Taken-Family (Non-VSDP) | OT – Other Leave Taken | RE - Recognition Leave Earned | |

_Sgt T. K_
**Shift Commander's Signature**

12-18-18
Date

_signature_
**Reviewing Authority's Signature/Title**

12-18-18
Date

2 of 2
Admin 2

Revision Date: