**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| CURTIS J. GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00986 |

**DECLARATION OF SOPHIA GONZALEZ IN SUPPORT OF
PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT TEVIN GAYLES'
MOTION FOR SUMMARY JUDGMENT**

I, Sophia Gonzalez, declare:

1.      I am an attorney licensed to practice in the District of Columbia.  I am admitted to this Court *pro hac vice*.  I am an associate with the firm of Arnold & Porter Kaye Scholer LLP, attorneys of record for Plaintiff Curtis J. Garrett.

2.      I submit this declaration in support of Plaintiff's Brief in Opposition to Defendant Tevin Gayles' Motion for Summary Judgment.  I have personal knowledge of the facts attested to herein.

3.      Attached hereto as exhibits are true and correct copies of documents listed below, which are cited in support of Plaintiff's Brief in Opposition to Defendant Tevin Gayles' Motion for Summary Judgment:

| **Exhibit** | **Document Description** |
|---|---|
| 1 | JOHNSON 582_002201 (VDOC Canine Operations Organization Chart) |
| 2 | JOHNSON 582_008461 (Fida email attaching Shy Bite report) |

1

3  JOHNSON 582_007958 (Fida email attaching Franklin Bite Report)

4  Garrett 3:20cv986_0808 (VDOC Operating Procedure 435.3)

5  Garrett_3:20cv986_ 1229 (M. Franklin November 2019 work description and performance plan)

6  Garrett_3:20cv986_1249 (M. Franklin performance evaluation)

7  Garrett_3:20cv986_0390 (M. Franklin Internal Incident Report)

8  Garrett 3:20cv986_0391 (C. Shy Internal Incident Report)

9  Garrett 3:20cv986_0522 (Garrett's Regular Grievance and Informal Complaint)

10  Garrett 3:20cv986_0396 (SIU Investigative Report and Connors Final Report)[1]

11  JOHNSON 582_009881 (L. Carr-Hawkes email to Clarke and Hamilton)

12  Garrett 3:20cv986_0502 (SIU Letter from Sussex County Commonwealth's Attorney's Office to VDOC Chief of Investigations, Paul W. Haymes)

13  Garrett 3:20cv986_0978 (C. Shy Canine Bite Log Report)

14  Garrett 3:20cv986_0981 (C. Shy Utilization Report)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 29, 2022    Respectfully submitted

        */s/ Sophia Gonzalez*
        Sophia Gonzalez (admitted *pro hac vice*)
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave., N.W.
        Washington, D.C. 20001-3743
        Tel: 202.942.5000
        Fax: 202.942.5999

---

[1] For purposes of the instant motion, Plaintiff has excepted the body of the SIU Report and omitted the attachments to the Report.

3

Email: Sophia.Gonzalez@arnoldporter.com

*Attorney for Plaintiff*

3