# EXHIBIT 1

# CANINE OPERATIONS ORGANIZATION CHART

## PATROL

**EXHIBIT 1**

April 28, 2019

CherreN Wallace
Chief of Security Operations

William Barbetto
Statewide Canine Operations Coordinator

Mark Crane
Statewide Canine Training Coordinator

### Sussex I State Prison
Daniel Fida, Lt.
Tevin Gayles, Sgt.

Officers:
C. Chilcutt
D. Clinton
V. Dailey
A. Darby
M. Franklin
M. Griffin
D. Hobbs
T. Hoover
C. Jones

Officers:
N. Scarper
S. Smith
W. Smith
R. Styron
VACANT
VACANT
VACANT
VACANT
VACANT

### River North Correctional Center
Joshua Robinson, Sgt.

Officers:
J. Ayers
A. Bedsaul
A. Crotts
M. Garcia
G. Garrison
R. Morgan
C. Phipps
VACANT
VACANT

### Keen Mountain Correctional Center
Michael Bucklen, Sgt.

Officers:
B. Ball
G. Ball
W. Ball
T. Hancock
C. Lauderback
J. Shelton
VACANT
VACANT
VACANT

### Red Onion State Prison
Jimmy Stanley, Sgt.

Officers:
M. Addington
E. Baker
N. Cobb
R. Gibson
S. Hayes
B. McCowan
S. McReynolds
C. Mullins
C. Wampler
J. Williams
VACANT

### Wallens Ridge State Prison
Christopher Robbins, Sgt.

Officers:
C. Barker
G. Buchanan
M. Catron
M. Johnson
L. McCowan
D. Purkey
T. Spears
R. Williams
VACANT

JOHNSON 582 002201