# EXHIBIT 2

| | |
|---|---|
| **Date:** | Wed, 26 Dec 2018 9:22:12 AM -0500 |
| **Sent:** | Wed, 26 Dec 2018 9:22:03 AM -0500 |
| **Subject:** | K-9 Officer Shy Complete Bite Report 12-25-2018 |
| **From:** | Fida, Daniel <daniel.fida@vadoc.virginia.gov> |
| **To:** | William Barbetto <william.barbetto@vadoc.virginia.gov>; Israel Hamilton <israel.hamilton@vadoc.virginia.gov>; Phelps, Douglas S. (VADOC) <douglas.phelps@vadoc.virginia.gov>; Tevin Gayles <tevin.gayles@vadoc.virginia.gov>; Christopher Shy <christopher.shy@vadoc.virginia.gov>; Daniel Fida <daniel.fida@vadoc.virginia.gov>; |
| **Attachments:** | Lojzo Rabies 12-11-2020.pdf; MEDICAL REPORT 1.pdf; MEDICAL REPORT 2.pdf; Bite Log Report SHY 12 25 2018.pdf; IIR 12 25 2018.pdf; Utilization Report SHY 12 25 2018.pdf; photos 12 25 2018.zip |

Gentlemen,

Attached is Officer C. Shy's complete bite report from yesterday.

Respectfully,

Fida

JOHNSON 582_008461