## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

CURTIS J. GARRETT,

      Plaintiff,

v.                                                        CASE NO.  3:20cv986

COMMONWEALTH OF VIRGINIA, *et al*.,

      Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Curtis J. Garrett and

Defendants Warden Israel Hamilton, Harold W. Clarke, A. David Robinson, William Barbetto,

Steve Herrick, Christopher Shy, Matthew Franklin, and Tevin Gayles, hereby file this joint

stipulation of dismissal with prejudice, with each party bearing their own fees and costs.

Dated:         December 20, 2022

                      Respectfully submitted,

                      /s/ Andrew E. Talbot
                      Andrew E. Talbot (VSB No. 93801)
                      John A. Freedman (admitted *pro hac vice*)
                      ARNOLD & PORTER KAYE SCHOLER LLP
                      601 Massachusetts Ave, NW
                      Washington, DC 20001-3743
                      Tel: 202-942-5000
                      Email: Andrew.Talbot@arnoldporter.com
                      Email: John.Freedman@arnoldporter.com

                      Lauren S. Wulfe (admitted *pro hac vice*)
                      ARNOLD & PORTER KAYE SCHOLER LLP
                      777 S. Figueroa St., 44th Floor
                      Los Angeles, CA 90017-5844
                      Tel: 213.243.4000
                      E-mail: Lauren.Wulfe@arnoldporter.com

                      Oren Nimni (admitted *pro hac vice*)

RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Tel: 202.455.4399
E-mail: oren@rightsbehindbars.org

*Counsel for Plaintiff Curtis J. Garrett*

and

/s/ Laura Maughan
Laura Maughan (VSB No. 87798)
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-0030
Fax:    (804) 786-4239
Email: lmaughan@oag.state.va.us

*Counsel for Defendants Warden Israel Hamilton,
Harold W. Clarke, A. David Robinson, William
Barbetto, Steve Herrick, Christopher Shy, Matthew
Franklin, and Tevin Gayles*

## **CERTIFICATE OF SERVICE**

I electronically filed the forgoing document with the Clerk of Court for the United States District Court for the Eastern District of Virginia on December 20, 2022, using the CM/ECF system, which will send notification of such filing to all CM/ECF registered attorneys on the NEF.

/s/ Laura Maughan
Laura Maughan
Assistant Attorney General