IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CURTIS J. GARRETT,
    Plaintiff,

v.                Civil Action No. 3:20cv986

COMMONWEALTH OF VIRGINIA, et al.,
    Defendants.

## FINAL ORDER

On December 20, 2022, the parties filed joint stipulations of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF Nos. 150, 151.) The Court acknowledges these voluntary dismissals and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                /s/
             John A. Gibney, Jr.
             Senior United States District Judge

Date: 21 December 2022
Richmond, VA